IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re Ashraf Ramelah, | : | |
| Norah Ramelah, | : | |
| Debtors. | : | |
| | : | |
| ERIC L. LEINBACH, | : | CIVIL ACTION |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | |
| | : | |
| FREDERICK L. REIGLE | : | NO. O8-5074 |
| | : | |
| Appellee. | : | |

**ORDER**

AND NOW, this ___4th_____ day of May 2009, it is hereby ORDERED that the order of the Bankruptcy Court dated September 19, 2008 is AFFIRMED. The clerk shall close this case.

BY THE COURT:

/s Michael M. Baylson
_____
Michael M. Baylson, U.S.D.J.

O:\Shelley\08-5074 In re Ramelah\Order re Linebach Bankr Appeal.wpd